IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

DOCKET NO. 5:08CR12

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | **FINAL** |
| v. ) | **ORDER OF FORFEITURE** |
| )<br>(3) ANTONIO TREMAYNE WILSON, )<br>)<br>Defendant. ) | |

On July 30, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendant's plea of guilty to Count One of the Bill of Indictment. In Count One, the defendant was charged with knowingly and unlawfully conspiring with others to possess with the intent to distribute at least 5 kilograms of a mixture and a substance containing a detectible amount of cocaine, in violation of 21 U.S.C. § 846 and 841.

On August 21, 2008 through September 19, 2008, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

1

final.  All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Taurus .40 caliber handgun and magazine, s/n SOD45856.**

Signed: June 2, 2009

Richard L. Voorhees
United States District Judge