# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## NO. 5:08-CR-12

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ANTONIO WILSON, | ) |
| | ) |
| **Defendant.** | ) |

The United States of America is hereby **ORDERED** to respond to Defendant Antonio Wilson's "Motion for Early Termination of Probation," (Doc. 157) within fourteen days of the date of this Order.

**SO ORDERED.**

Signed: April 18, 2016

Richard L. Voorhees
United States District Judge